O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN TORRES, individually and on behalf of all others similarly situated, | Case No. 2:13-cv-04735-ODW(MANx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE. CLASS CERTIFICATION** |
| v. | |
| AIRGAS USA LLC; DOES 1–100, inclusive, | |
| Defendants. | |

On June 28, 2013, Defendant Airgas USA, LLC removed this putative class action to this Court.  (ECF No. 1.)  To date, Plaintiff German Torres has not moved for preliminary class certification under Federal Rule of Civil Procedure 23(c)(1). While the Federal Rule does not include a time period, Local Rule 23-3 provides, "Within 90 days after service of a pleading purporting to commence a class action . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court."

The Court notes that Torres served Airgas USA on May 31, 2013.  (Not. of Removal ¶ 10.)  Ninety days from that date fell on August 29, 2013.  While that date has past, the Court is mindful that Local Rule 23-3 does not address the time-limit disparity between cases originally filed in this Court and those removed from state court.  The Court therefore finds that the 90-day limit should be measured from the

date of removal, that is, June 28, 2013.

The Court therefore **ORDERS** Torres to **SHOW CAUSE** by **Thursday, September 26, 2013**, why he has not moved for class certification.  Torres shall respond in writing.  No hearing will be held.  Failure to timely file a class-certification motion will result in denial of the motion.

**IT IS SO ORDERED.**

September 16, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**