# United States District Court
# Central District of California

| | |
|---|---|
| GERMAN TORRES,<br><br>          Plaintiff,<br><br>    v.<br><br>AIRGAS USA LLC; DOES 1–10,<br><br>          Defendants. | Case No. 2:13-cv-04735-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On March 5, 2014, the parties informed the Court that they reached a settlement in this action and expect to file a stipulated dismissal by April 16, 2014. (ECF No. 22.) The Court therefore **VACATES** all pretrial and trial dates in this case and **ORDERS** the parties **TO SHOW CAUSE** in writing by **April 16, 2014**, why they have not finalized settlement. The Court will discharge this Order upon the filing of a stipulated dismissal or written response demonstrating good cause. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

March 5, 2014

                                                  _____
                                                      **OTIS D. WRIGHT, II**
                                              **UNITED STATES DISTRICT JUDGE**